**Order entered September 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00546-CV

**ARHONDA JONES, Appellant**

**V.**

**AMERICAN REAL ESTATE INVESTMENT, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06537-B**

## ORDER

Before the Court is appellant's September 19, 2019 third motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **October 18, 2019**. We expressly caution appellant that failure to file a brief by October 18, 2019 may result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

/s/      BILL WHITEHILL
JUSTICE